Eugene J. Egan (State Bar No. 130108)
 *eje@manningllp.com*
Gabriella Pedone (State Bar No. 308384)
 *gap@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, TARGET
CORPORATION and SANDRA
TENORIO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VALERIA VALENZUELA,<br><br>         Plaintiff,<br><br>   v.<br><br>TARGET CORPORATION, SANDRA TENORIO, and DOES 1 to 50,<br><br>         Defendants. | Case No.<br><br>(State Case No. 20STCV20711)<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(b)1 (DIVERSITY); DECLARATION OF GABRIELLA A. PEDONE** |

     TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

     PLEASE TAKE NOTICE THAT defendant TARGET CORPORATION (hereinafter, "Target" or "Defendant") hereby removes to this Court the state court action described below.

     1.     On June 2, 2020, an action was commenced in the Superior Court of the State of California in an for the County of Los Angeles, entitled VALERIA VALENZUELA, an individual, Plaintiff vs. TARGET CORPORATION and DOES 1 through 20, inclusive, Defendants , as Case Number 20STCV20711 (the "Action"). A true and correct copy of Plaintiff's Complaint is attached hereto as **Exhibit "A."**

2. Target was first served a copy of the Complaint on July 11, 2021. A true and correct copy of the Proof of Service of Process is attached hereto as **Exhibit "B."**

3. Plaintiff was, at the time she filed the Action and still is, a citizen of the State of California.

4. On October 25, 2021, Target filed and served its Answer to the Complaint, Demand for Jury Trial and Notice of Posting Jury Fees with the California Superior Court. A true and correct copy of Target's Answer to Complaint, Demand for Jury Trial and Notice of Posting Jury Fees is attached hereto as **Exhibit "C."**

5. Aggregating all of the damages that Plaintiff seeks, the amount in controversy exceeds $75,000.00 based on Plaintiff's responses to Defendant's form interrogatories, dated February 21, 2022. Plaintiff's responses to form interrogatories allege medical special damages in excess of $216,968.36. A true and correct copy of Plaintiff's responses to Defendant's form interrogatories is attached hereto as **Exhibit "D."**

6. This removal is timely and was filed within thirty (30) days of receipt by Defendant, of a copy of Plaintiff's responses to form interrogatories, from which it was first ascertained that the case is one which is or has become removable.

7. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(a) in that this is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

8. Target is not the only named defendant; however, Plaintiff erroneously sued a Target employee, Defendant, Sandra Tenario, whom was not working at Target on the date of the incident and thus is an improperly named Defendant in this action. The other defendants in this action are fictitiously

2

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(b)1 (DIVERSITY); DECLARATION OF GABRIELLA A. PEDONE

named, designated as DOES 1 to 20, and their citizenship shall not be considered in determining diversity jurisdiction. 28 U.S.C. §1446(b).

9.   Target Corporation was, at the time of the filing of this action, and still is, a citizen of the State of Minnesota, incorporated under the laws of the State of Minnesota, with its principal place of business in the State of Minnesota. Both the California Secretary of State and Minnesota Secretary of State identify Target Corporation as a Minnesota Corporation with its principle address at 1000 Nicollet Mall, Minneapolis, Minnesota 55403 on their respective websites. True and correct copies of search results for Target Corporation on those websites are attached hereto as **Exhibit "E."**

10.   On February 16, 2022, Defendant's counsel emailed Plaintiff's counsel to meet and confer regarding dismissal of the improperly named Defendant, Sandra Tenorio.  Defendant requested Plaintiff to dismiss Defendant, Sandra Tenorio from this action as she cannot be a proper party on the basis that she was not working at the Target located in Pico Rivera on the date of the incident, on June 12, 2018. To date, Plaintiff did not respond to this request. True and correct copies of Defendant's meet and confer correspondence attached hereto as **Exhibit "F."**

10.   Pursuant to 28 U.S.C. §1446(a), true and correct copies of all process, pleadings, and orders sent to and received by Target in the State Court action are attached hereto.

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(b)1 (DIVERSITY); DECLARATION OF GABRIELLA A. PEDONE**

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
_Attorneys at Law_

1   DATED:  March 23, 2022          **MANNING & KASS**
2                                    **ELLROD, RAMIREZ, TRESTER LLP**
3

4                                    By: _____/s/ Eugene J. Egan_____
5                                         Eugene J. Egan
6                                         Attorneys for Defendant TARGET
                                          CORPORATION and SANDRA
7                                         TENORIO
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



# DECLARATION OF GABRIELLA A. PEDONE

I, Gabriella A. Pedone, declare as follows:

1.      I am an attorney duly admitted to practice in the courts of the State of California and am an attorney with Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for Defendant TARGET CORPORATION. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I make this declaration in support of Defendant's Notice of Removal of Action Under 28 U.S.C. §1441(b)1 (diversity).

2.      On June 2, 2020, an action was commenced in the Superior Court of the State of California in an for the County of Los Angeles, entitled VALERIA VALENZUELA, an individual, Plaintiff vs. TARGET CORPORATION and DOES 1 through 20, inclusive, Defendants , as Case Number 20STCV20711(the "Action"). A true and correct copy of Plaintiffs Complaint is attached hereto as **Exhibit "A."**

3.      Target was first served a copy of the Complaint on July 11, 2021. A true and correct copy of the Proof of Service of Process is attached hereto as **Exhibit "B."**

4.      Plaintiff was, at the time he she filed the Action and still is, a citizen of the State of California.

5.      On October 25, 2021, Target filed and served its Answer to the Complaint, Demand for Jury Trial and Notice of Posting Jury Fees with the California Superior Court. A true and correct copy of Target's Answer to Complaint, Demand for Jury Trial and Notice of Posting Jury Fees is attached hereto as **Exhibit "C."**

6.      Aggregating all of the damages that Plaintiff seeks, the amount in controversy exceeds $75,000.00 based on Plaintiff's responses to Defendant's form interrogatories, dated February 21, 2022. Plaintiff's responses to form interrogatories allege medical special damages in excess of $216,968.36. . A true and correct copy

5

of Plaintiff's responses to Defendant's form interrogatories is attached hereto as **Exhibit "D."**

6.      This removal is timely and was filed within thirty (30) days of receipt by Defendant, of a copy of Plaintiffs responses to form interrogatories, from which it was first ascertained that the case is one which is or has become removable.

7.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(a) in that this is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

8.      Target is not the only named defendant; however, Plaintiff erroneously sued a Target employee, Defendant, Sandra Tenario, whom was not working at Target on the date of the incident and thus is an improperly named Defendant in this action. The other defendants in this action are fictitiously named, designated as DOES 1 to 20, and their citizenship shall not be considered in determining diversity jurisdiction. 28 U.S.C. §1446(b).

9.      Target Corporation was, at the time of the filing of this action, and still is, a citizen of the State of Minnesota, incorporated under the laws of the State of Minnesota, with its principal place of business in the State of Minnesota. Both the California Secretary of State and Minnesota Secretary of State identify Target Corporation as a Minnesota Corporation with its principle address at 1000 Nicollet Mall, Minneapolis, Minnesota 55403 on their respective websites. True and correct copies of search results for Target Corporation on those websites are attached **hereto as Exhibit "E."**

10.     On February 16, 2022, Defendant's counsel emailed Plaintiff's counsel to meet and confer regarding dismissal of the improperly named Defendant, Sandra Tenorio.  Defendant requested Plaintiff to dismiss Defendant, Sandra Tenorio from this action as she cannot be a proper party on the basis that

she was not working at the Target located in Pico Rivera on the date of the incident, on June 12, 2018. To date, Plaintiff did not respond to this request. True and correct copies of Defendant's meet and confer correspondence attached hereto as **Exhibit "F."**

11. Pursuant to 28 U.S.C. §1446(a), true and correct copies of all process, pleadings, and orders sent to and received by Target in the State Court action are attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day of March, 2022, at Los Angeles, California.

/s/ Gabriella A. Pedone
_____
Gabriella A. Pedone

Case No.

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(b)1 (DIVERSITY); DECLARATION OF GABRIELLA A. PEDONE**

# EXHIBIT A

Electronically FILED by Superior Court of California, County of Los Angeles on 06/02/2020 11:28 AM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Perez,Deputy Clerk
20STCV20711

**SUM-100**

## SUMMONS
### *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

TARGET CORPORATION, SANDRA TENORIO, and DOES 1 to 50, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

VALERIA VALENZUELA

---

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

| The name and address of the court is:<br>*(El nombre y dirección de la corte es)*: Los Angeles Superior Court<br><br>111 N. Hill Street<br>Los Angeles, CA 90010 | CASE NUMBER:<br>*(Número del Caso):*<br><br>20STCV20711 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Hussein H. Saleh; L/O of Hussein Saleh  8301 Florence Ave. Suite 303, Downey, CA 90240 (562) 287-5201

| | Sherri R. Carter Executive Officer / Clerk of Court | |
|---|---|---|
| DATE: 06/02/2020<br>*(Fecha)* | Clerk, by ____ R. Perez<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

| [SEAL] | **NOTICE TO THE PERSON SERVED:** You are served<br>1. ☐ as an individual defendant.<br>2. ☐ as the person sued under the fictitious name of *(specify):*<br><br>3. ☐ on behalf of *(specify):*<br>  under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)<br>        ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)<br>        ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)<br>        ☐ other *(specify):*<br>4. ☐ by personal delivery on *(date):* |
|---|---|

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |
|---|---|---|

Electronically FILED by Superior Court of California, County of Los Angeles on 06/02/2020 11:28 AM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Perez,Deputy Clerk
20STCV20711

Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Stephen Goorvitch

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Hussein H. Saleh, Esq. (SBN 275050) <br> LAW OFFICE OF HUSSEIN SALEH <br> 8301 Florence Ave. Suite 303 <br> Downey, CA 90240 <br> TELEPHONE NO: (562) 287-5201   FAX NO. *(Optional)*: (562) 287-5209 <br> E-MAIL ADDRESS *(Optional)*: hussein@husseinsalehlaw.com <br> ATTORNEY FOR *(Name)*: Plaintiff, Valeria Valenzuela | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, 90010
BRANCH NAME: Central District

PLAINTIFF: VALERIA VALENZUELA

DEFENDANT: TARGET CORPORATION, SANDRA TENORIO, and

☑ DOES 1 TO  50,  inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐  **AMENDED** *(Number):*

Type *(check all that apply):*
☐ **MOTOR VEHICLE**  ☑ **OTHER** *(specify)*: Premises Liability
  ☑ Property Damage     ☐ Wrongful Death
  ☑ Personal Injury      ☐ Other Damages *(specify):*

Jurisdiction *(check all that apply):*
☐ **ACTION IS A LIMITED CIVIL CASE**
  Amount demanded   ☐ does not exceed $10,000
             ☐ exceeds $10,000, but does not exceed $25,000
☑ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
☐ **ACTION IS RECLASSIFIED** by this amended complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

CASE NUMBER:
20STCV20711

1. **Plaintiff** *(name or names):* VALERIA VALENZUELA
   alleges causes of action against **defendant** *(name or names):*
   TARGET CORPORATION, SANDRA TENORIO, and DOES 1 to 50

2. This pleading, including attachments and exhibits, consists of the following number of pages: Five

3. Each plaintiff named above is a competent adult
   a. ☐ **except plaintiff** *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ **except plaintiff** *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

   ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Exhibit A, Page 000009

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| VALENZUELA v. TARGET CORPORATION, et al. | |

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): Target Corporation
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1 to 50 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 1 to 50 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Exhibit A, Page 000010

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| VALENZUELA v. TARGET CORPORATION, et al. | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
- a. ☐ Motor Vehicle
- b. ☑ General Negligence
- c. ☐ Intentional Tort
- d. ☐ Products Liability
- e. ☑ Premises Liability
- f. ☐ Other *(specify)*:

11. Plaintiff has suffered
- a. ☑ wage loss
- b. ☑ loss of use of property
- c. ☑ hospital and medical expenses
- d. ☑ general damage
- e. ☑ property damage
- f. ☑ loss of earning capacity
- g. ☑ other damage *(specify)*:

> Plaintiff has been hurt and injured in her health, strength, and activity and has sustained injuries to her person and her nervous system, all to her detriment. All damages recoverable under the law.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
- a. ☐ listed in Attachment 12.
- b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
- a. (1) ☑ compensatory damages
- (2) ☐ punitive damages
- The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
- (1) ☑ according to proof
- (2) ☐ in the amount of: $

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

> PL-1; PL-2; PL-5; GN-1

Date: May 27, 2020

| Hussein H. Saleh, Esq. | |
|---|---|
| (TYPE OR PRINT NAME) | (SIGNATURE OF PLAINTIFF OR ATTORNEY) |

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Exhibit A, Page 000011

PLD-PI-001(4)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| VALENZUELA v. TARGET CORPORATION, et al. | |

First _____   **CAUSE OF ACTION—Premises Liability**   Page   Four _____
(number)

ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. **Plaintiff** *(name):*  VALERIA VALENZUELA
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* June 12, 2018   plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury):*

Defendants, TARGET CORPORATION, SANDRA TENORIO, and DOES 1 to 50, inclusive, maintained and operated the property located at 8800 Whittier Blvd, Pico Rivera, CA 90660. On or about June 12, 2018, Defendants, and each of them, negligently owned, operated, and maintained that location which resulted in a dangerous condition being created resulting in Plaintiff's slip and fall. Specifically, Defendants, and each of them, created and had notice of the condition by causing liquid to accumulate on its floor.

Prem.L-2.   [✓] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
TARGET CORPORATION, SANDRA TENORIO, and

[✓] Does 1 _____ to 50 _____

Prem.L-3.   [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

[ ] Does _____ to _____
Plaintiff, a recreational user, was   [ ] an invited guest   [ ] a paying guest.

Prem.L-4.   [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

[ ] Does _____ to _____
a. [ ]   The defendant public entity had   [ ] actual   [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ]   The condition was created by employees of the defendant public entity.

Prem.L-5. a. [✓] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

[✓] Does 1 _____ to 50 _____

b. [ ]   The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b   [ ] as follows *(names):*

Page 1 of 1

Exhibit A, Page 000012

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| VALENZUELA v. TARGET CORPORATION, et al. | |

<u>Second</u>      **CAUSE OF ACTION—General Negligence**    Page    <u>5</u>
    (number)

ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*   VALERIA VALENZUELA

alleges that defendant *(name):*   TARGET CORPORATION, SANDRA TENORIO, and

[✓] Does   <u>1</u>     to   <u>50, inclusive</u>

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):*   June 12, 2018

at *(place):*   8800 Whittier Blvd, Pico Rivera, CA 90660

*(description of reasons for liability):*

Plaintiff slipped and fell at 8800 Whittier Blvd, Pico Rivera, CA 90660, a location owned and operated by Defendants. Defendants and each of them, negligently owned, operated and maintained that location which resulted in a dangerous condition being created resulting in Plaintiff's slip and fall. Specifically, Defendants, and each of them, created the condition by having liquid on the floor causing Plaintiff to slip and fall. Had Defendants taken adequate maintenance and precautionary measures, Plaintiff would not have slipped and fell.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

Exhibit A, Page 000013

Electronically FILED by Superior Court of California, County of Los Angeles on 06/02/2020 12:28 PM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Perez,Deputy Clerk

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| LAW OFFICE OF HUSSEIN SALEH<br>Hussein H. Saleh, Esq. SBN 275050<br>8301 Florence Ave. Suite 303<br>Downey, CA 90240<br>TELEPHONE NO.: (562) 287-5201    FAX NO.: (562) 287-5209<br>ATTORNEY FOR *(Name):* Plaintiff, Valeria Valenzuela | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Central District

CASE NAME:
VALENZUELA v. TARGET CORPORATION, et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000)   ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | 20STCV20711 |
| | | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☑ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition *(not specified above)* (43)

2. This case ☐ is   ☑ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties   d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action *(specify):* Two
5. This case ☐ is   ☑ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: May 27, 2020
Hussein H. Saleh, Esq.
_____ ▶ _____
(TYPE OR PRINT NAME)    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |
|---|---|---|

Exhibit A, Page 000014

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
    Auto (22)–Personal Injury/Property
        Damage/Wrongful Death
    Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
    Asbestos (04)
        Asbestos Property Damage
        Asbestos Personal Injury/
          Wrongful Death
    Product Liability *(not asbestos or toxic/environmental)* (24)
    Medical Malpractice (45)
        Medical Malpractice–
          Physicians & Surgeons
        Other Professional Health Care
          Malpractice
    Other PI/PD/WD (23)
        Premises Liability (e.g., slip
          and fall)
        Intentional Bodily Injury/PD/WD
          (e.g., assault, vandalism)
        Intentional Infliction of
          Emotional Distress
        Negligent Infliction of
          Emotional Distress
        Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
    Business Tort/Unfair Business
        Practice (07)
    Civil Rights (e.g., discrimination,
        false arrest) *(not civil harassment)* (08)
    Defamation (e.g., slander, libel)
        (13)
    Fraud (16)
    Intellectual Property (19)
    Professional Negligence (25)
        Legal Malpractice
        Other Professional Malpractice
          *(not medical or legal)*
    Other Non-PI/PD/WD Tort (35)

**Employment**
    Wrongful Termination (36)
    Other Employment (15)

**Contract**
    Breach of Contract/Warranty (06)
        Breach of Rental/Lease
          Contract *(not unlawful detainer or wrongful eviction)*
        Contract/Warranty Breach–Seller
          Plaintiff *(not fraud or negligence)*
        Negligent Breach of Contract/
          Warranty
        Other Breach of Contract/Warranty
    Collections (e.g., money owed, open
        book accounts) (09)
        Collection Case–Seller Plaintiff
        Other Promissory Note/Collections
          Case
    Insurance Coverage *(not provisionally complex)* (18)
        Auto Subrogation
        Other Coverage
    Other Contract (37)
        Contractual Fraud
        Other Contract Dispute

**Real Property**
    Eminent Domain/Inverse
        Condemnation (14)
    Wrongful Eviction (33)
    Other Real Property (e.g., quiet title) (26)
        Writ of Possession of Real Property
        Mortgage Foreclosure
        Quiet Title
        Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
    Commercial (31)
    Residential (32)
    Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
    Asset Forfeiture (05)
    Petition Re: Arbitration Award (11)
    Writ of Mandate (02)
        Writ–Administrative Mandamus
        Writ–Mandamus on Limited Court
          Case Matter
        Writ–Other Limited Court Case
          Review
    Other Judicial Review (39)
        Review of Health Officer Order
        Notice of Appeal–Labor
          Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
    Antitrust/Trade Regulation (03)
    Construction Defect (10)
    Claims Involving Mass Tort (40)
    Securities Litigation (28)
    Environmental/Toxic Tort (30)
    Insurance Coverage Claims
        *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
    Enforcement of Judgment (20)
        Abstract of Judgment (Out of
          County)
        Confession of Judgment *(non-domestic relations)*
        Sister State Judgment
        Administrative Agency Award
          *(not unpaid taxes)*
        Petition/Certification of Entry of
          Judgment on Unpaid Taxes
        Other Enforcement of Judgment
          Case

**Miscellaneous Civil Complaint**
    RICO (27)
    Other Complaint *(not specified above)* (42)
        Declaratory Relief Only
        Injunctive Relief Only *(non-harassment)*
        Mechanics Lien
        Other Commercial Complaint
          Case *(non-tort/non-complex)*
        Other Civil Complaint
          *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
    Partnership and Corporate
        Governance (21)
    Other Petition *(not specified above)* (43)
        Civil Harassment
        Workplace Violence
        Elder/Dependent Adult
          Abuse
        Election Contest
        Petition for Name Change
        Petition for Relief From Late
          Claim
        Other Civil Petition

Exhibit A, Page 000015

| SHORT TITLE: VALENZUELA v. TARGET CORPORATION, et al. | CASE NUMBER |
|---|---|

## CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court.

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

### Applicable Reasons for Choosing Court Filing Location (Column C)

1. Class actions must be filed in the Stanley Mosk Courthouse, Central District.
2. Permissive filing in central district.
3. Location where cause of action arose.
4. Mandatory personal injury filing in North District.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.

7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.
11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection, or personal injury).

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death -- Uninsured Motorist | 1, 4, 11 |
| **Other Personal Injury/ Property Damage/ Wrongful Death Tort** | Asbestos (04) | ☐ A6070  Asbestos Property Damage | 1, 11 |
| | | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 1, 11 |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1, 4, 11 |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1, 4, 11 |
| | | ☐ A7240  Other Professional Health Care Malpractice | 1, 4, 11 |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☑ A7250  Premises Liability (e.g., slip and fall) | 1, 4, 11 |
| | | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1, 4, 11 |
| | | ☐ A7270  Intentional Infliction of Emotional Distress | 1, 4, 11 |
| | | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 1 of 4

Exhibit A, Page 000016

| SHORT TITLE: VALENZUELA v. TARGET CORPORATION, et al. | | CASE NUMBER |
|---|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|---|
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1, 2, 3 |
| | | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 1, 2, 3 |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1, 2, 3 |
| | | ☐ A6109  Labor Commissioner Appeals | 10 |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | | ☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1, 2, 5 |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 5, 6, 11 |
| | | ☐ A6012  Other Promissory Note/Collections Case | 5, 11 |
| | | ☐ A6034  Collections Case-Purchased Debt (Charged Off Consumer Debt Purchased on or after January 1, 2014) | 5, 6, 11 |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1, 2, 5, 8 |
| | Other Contract (37) | ☐ A6009  Contractual Fraud | 1, 2, 3, 5 |
| | | ☐ A6031  Tortious Interference | 1, 2, 3, 5 |
| | | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation          Number of parcels_____ | 2, 6 |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2, 6 |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2, 6 |
| | | ☐ A6032  Quiet Title | 2, 6 |
| | | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2, 6, 11 |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2, 6, 11 |

| SHORT TITLE: | | CASE NUMBER |
|---|---|---|
| VALENZUELA v. TARGET CORPORATION, et al. | | |

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2, 3, 6 |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2, 8 |
| | | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2 |
| | | ☐ A6153  Writ - Other Limited Court Case Review | 2 |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2, 8 |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1, 2, 8 |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1, 2, 3 |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1, 2, 8 |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1, 2, 8 |
| | Toxic Tort<br>Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1, 2, 3, 8 |
| | Insurance Coverage Claims<br>from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| **Enforcement of Judgment** | Enforcement<br>of Judgment (20) | ☐ A6141  Sister State Judgment | 2, 5, 11 |
| | | ☐ A6160  Abstract of Judgment | 2, 6 |
| | | ☐ A6107  Confession of Judgment (non-domestic relations) | 2, 9 |
| | | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2, 8 |
| | | ☐ A6112  Other Enforcement of Judgment Case | 2, 8, 9 |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1, 2, 8 |
| | Other Complaints<br>(Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only | 1, 2, 8 |
| | | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1, 2, 8 |
| | | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| **Miscellaneous Civil Petitions** | Partnership Corporation<br>Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2, 8 |
| | Other Petitions (Not<br>Specified Above) (43) | ☐ A6121  Civil Harassment | 2, 3, 9 |
| | | ☐ A6123  Workplace Harassment | 2, 3, 9 |
| | | ☐ A6124  Elder/Dependent Adult Abuse Case | 2, 3, 9 |
| | | ☐ A6190  Election Contest | 2 |
| | | ☐ A6110  Petition for Change of Name/Change of Gender | 2, 7 |
| | | ☐ A6170  Petition for Relief from Late Claim Law | 2, 3, 8 |
| | | ☐ A6100  Other Civil Petition | 2, 9 |

**CIVIL CASE COVER SHEET ADDENDUM<br>AND STATEMENT OF LOCATION**

Exhibit A, Page 000018

| SHORT TITLE: VALENZUELA v. TARGET CORPORATION, et al. | CASE NUMBER |
|---|---|

**Step 4: Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address which is the basis for the filing location, including zip code. (*No address required for class action cases*).

| REASON: ☐ 1. ☐ 2. ☐ 3. ☐ 4. ☐ 5. ☐ 6. ☐ 7. ☐ 8. ☐ 9. ☐ 10. ☒ 11. | ADDRESS: 8800 Whittier Blvd. |
|---|---|

| CITY: Pico Rivera | STATE: CA | ZIP CODE: 90660 |
|---|---|---|

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the ___Central___ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., §392 et seq., and Local Rule 2.3(a)(1)(E)].

Dated: 5/27/2020

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 02/16).

5. Payment in full of the filing fee, unless there is court order for waiver, partial or scheduled payments.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LACIV 109 (Rev 2/16)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 4 of 4

Exhibit A, Page 000019

| | | | | Reserved for Clerk's File Stamp |
|---|---|---|---|---|

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:
Spring Street Courthouse
312 North Spring Street, Los Angeles, CA 90012

**NOTICE OF CASE ASSIGNMENT**

**UNLIMITED CIVIL CASE**

**FILED**
Superior Court of California
County of Los Angeles

06/02/2020

Sherri R. Carter, Executive Officer / Clerk of Court

By: _____ R. Perez _____ Deputy

Your case is assigned for all purposes to the judicial officer indicated below.

CASE NUMBER:
20STCV20711

**THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT**

| | ASSIGNED JUDGE | DEPT | ROOM | | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|---|
| ✔ | Stephen I. Goorvitch | 32 | | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record

on 06/02/2020
    (Date)

Sherri R. Carter, Executive Officer / Clerk of Court

By R. Perez _____, Deputy Clerk

LACIV 190 (Rev 6/18)
LASC Approved 05/06

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

Exhibit A, Page 000020

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

### APPLICATION
The Division 7 Rules were effective January 1, 2007.  They apply to all general civil cases.

### PRIORITY OVER OTHER RULES
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE
A challenge under Code of Civil Procedure Section 170.6 must be made within **15** days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

### COMPLAINTS
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

### CROSS-COMPLAINTS
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed.  Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

### STATUS CONFERENCE
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint.  Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date.  All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference.  These matters may be heard and resolved at this conference.  At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

### SANCTIONS
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules.  Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction.  Careful reading and compliance with the actual Chapter Rules is imperative.**

### Class Actions
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse.  If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

### *Provisionally Complex Cases
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status.  If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse.  If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

# EXHIBIT B

Electronically FILED by Superior Court of California, County of Los Angeles on 10/25/2021 09:26 AM Sherri R. Carter, Executive Officer/Clerk of Court, by D. Jackson,Deputy Clerk

Case 2:22-cv-01913-FWS-MAA Document 1 Filed 03/23/22 Page 24 of 75 Page ID #:24

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Hussein H. Saleh Esq. (SBN 275050)<br>8301 Florence Ave Suite 303<br>Downey CA 90240<br><br>TELEPHONE NO.: 562-287-5201    FAX NO. *(Optional):* 3562-287-5209<br>E–MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff, Valeria Valenzuela | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS:    111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE:    Los Angeles CA 90012
BRANCH NAME:    Central District

| PLAINTIFF/PETITIONER: VALERIA VALENZUELA | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: TARGET CORPORATION, SANDRA TENORIO | 20STCV20711 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents):* CAUSE OF ACTION, NOTICE OF CASE ASSIGNMENT

3. a. Party served *(specify name of party as shown on documents served):*
   SANDRA TENORIO

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   8800 WHITTIER BLVD PICO RIVERA CA 90660
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*    (2) at *(time):*
   b. ☒ **by substituted service.** On *(date):* 7/9/21    at *(time):* 5:40 PM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   Sub-Served Gil Zunuga (manager) hispanic male 5'7 160 lbs 30-35 years old short brown hair
      (1) ☒ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☒ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 7/9/21    from *(city):* Downey    or ☐ a declaration of mailing is attached.
      (5) ☒ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

Exhibit B, Page 000023

| PLAINTIFF/PETITIONER: VALERIA VALENZUELA | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: TARGET CORPORATION, SANDRA TENORIO | 20STCV20711 |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                  (2) from *(city):*

    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section):*

    [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [X] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify):*
  c. [ ] as occupant.
  d. [ ] On behalf of *(specify):*
    under the following Code of Civil Procedure section:

    [ ] 416.10 (corporation)               [ ] 415.95 (business organization, form unknown)
    [ ] 416.20 (defunct corporation)         [ ] 416.60 (minor)
    [ ] 416.30 (joint stock company/association)   [ ] 416.70 (ward or conservatee)
    [ ] 416.40 (association or partnership)      [ ] 416.90 (authorized person)
    [ ] 416.50 (public entity)             [ ] 415.46 (occupant)
                                     [ ] other:

7. **Person who served papers**
  a. Name: Alfred Wood
  b. Address: 8301 Florence Ave Suite 303 Downey CA 90240
  c. Telephone number: 562-644-4390
  d. **The fee** for service was: $65.00
  e. I am:

    (1) [ ] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [X] a registered California process server:
      (i) [ ] owner [ ] employee [✓] independent contractor.
      (ii) Registration No.: 2013095215
      (iii) County: Los Angeles

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 7/9/21

Alfred Wood
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE )

**PROOF OF SERVICE OF SUMMONS**

Exhibit B, Page 000024

Hussein H. Saleh Esq. (SBN 275050
8301 Florence Ave Suite 303
Downey CA 90240
Tel 562-287-5201

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF LOS ANGELES

PLAINTIFF
VALERIA VALENZUELA

DEFENDANT:

TARGET CORPORATION, SANDRA TENORIO

CASE NUMBER: **20STCV20711**

Declaration Re Due Diligence

ALFRED WOOD DECLARES:
On behalf of Plaintiff, I attempted to serve process in the above referenced matter on the following person:

SANDRA TENORIO

I was on the dates herein mentioned over the age of eighteen and not a party to the above entitled action. The following facts are within my personal knowledge and if sworn as a witness I can truthfully and competently testify there to.

After diligent attempts at the following addresses, I have been unable to effect personal service of said process on the above named defendant(s). I attempted personal service on the following dates and times with the following results:

BUSINESS ADDRESS :.
8800 WHITTIER BLVD
PICO RIVERA CA 90660

| DATE | TIME | RESULTS |
|------|------|---------|
| 7/1/21 | 8:05 AM | DEFEDANT NOT THERE |
| 7/7/21 | 8:45 PM | DEFENDANT NOT THERE |
| 7/9//21 | 5:40 PM | SUB-SERVED GIL ZUNUGA (manager) HISPANIC MALE 5'7 160 LBS 30-35 YEARS OLD BRN HAIR |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration is executed on JULY 9,2021

ALFRED WOOD
8301 FLORENCE AVE SUITE 303
DOWNEY CA 90240
REG# 2013095215 L.A COUNTY

Exhibit B, Page 000025

# EXHIBIT C

Electronically FILED by Superior Court of California, County of Los Angeles on 10/25/2021 05:18 PM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Yanez,Deputy Clerk

1 | Eugene J. Egan (State Bar No. 130108)
  | *eje@manningllp.com*
2 | Linwood Warren, Jr. (State Bar No. 140228)
  | *lwj@manningllp.com*
3 | **MANNING & KASS**
  | **ELLROD, RAMIREZ, TRESTER LLP**
4 | 801 S. Figueroa St, 15th Floor
  | Los Angeles, California 90017-3012
5 | Telephone: (213) 624-6900
  | Facsimile: (213) 624-6999
6 |
7 | Attorneys for Defendants, TARGET CORPORATION and SANDRA TENORIO

8 | **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9 | **COUNTY OF LOS ANGELES, SPRING STREET COURTHOUSE**

10 |

| | |
|---|---|
| 11  VALERIA VALENZUELA, | **Case No. 20STCV20711** |
| 12  Plaintiff, | [Hon. Michael E. Whitaker, Dept. 32] |
| 13  v. | |
| 14  TARGET CORPORATION, SANDRA TENORIO, and DOES 1 to 50, | **DEFENDANT TARGET CORPORATION'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL** |
| 15  Defendants. | |
| 16 | *Complaint Filed: 06/02/2020* |
| 17 | |

18 | Pursuant to Sections 431.10, et seq., of the California Code of Civil Procedure, defendant

19 | TARGET CORPORATION ("defendant"), answers the Complaint of plaintiff VALERIE

20 | VALENZUELA ("plaintiff") as follows.

21 | **GENERAL DENIAL**

22 | 1.  Defendant denies generally and specifically each and every allegation in the

23 | Complaint, pursuant to Code of Civil Procedure §431.30, and further denies that plaintiff was

24 | injured, or that plaintiff sustained, or will sustain damages in the sums alleged in the Complaint, or

25 | in any sum, or at all.

26 | **FIRST AFFIRMATIVE DEFENSE**

27 | 2.  The Complaint and each and every purported cause of action therein fails to state

28 | facts sufficient to constitute a cause of action against this answering defendant. This affirmative

4894-1477-6064.1

1  defense is interposed to the Complaint in its entirety and separately as to each individual cause of
2  action therein although not restated under separate headings as to each cause of action.

**SECOND AFFIRMATIVE DEFENSE**

4  3.     This answering defendant is informed and believes and thereupon alleges that
5  plaintiff failed to exercise reasonable and ordinary care, caution or prudence for his own safety, in
6  order to avoid the alleged accident.  The resulting injuries and damages, if any, sustained by
7  plaintiff were proximately caused and contributed to by the negligence of plaintiff himself.  This
8  affirmative defense is interposed to the Complaint in its entirety and separately as to each
9  individual cause of action therein although not restated under separate headings as to each cause of
10 action.

**THIRD AFFIRMATIVE DEFENSE**

12 4.     Defendant alleges that insofar as Defendant has delegated any duty to any
13 subordinate, such delegation was at all times done in good faith, and with due care.  Plaintiff is
14 therefore not liable for any act or omission of any subordinate.

**FOURTH AFFIRMATIVE DEFENSE**

16 5.     Defendant alleges that plaintiff's recovery is reduced or diminished by plaintiff's
17 failure to mitigate his damages.  This affirmative defense is interposed to the Complaint in its
18 entirety and separately as to each individual cause of action therein although not restated under
19 separate headings as to each cause of action.

**FIFTH AFFIRMATIVE DEFENSE**

21 6.     Defendant alleges that Plaintiff has not been injured or damaged as a proximate
22 result of any act or omission for which Defendant is responsible.

**SIXTH AFFIRMATIVE DEFENSE**

24 7.     If plaintiff sustained any damage as alleged in the Complaint, that damage was
25 proximately caused and contributed to by other parties to this action, whether served or not served,
26 or by other persons or entities not parties to this action.  The proportionate degree of negligence or
27 fault of each of said other persons or entities must be determined and prorated and any judgment
28 that might be rendered against defendant herein must be reduced not only by that degree of

2

Exhibit C, Page 000028

**DEFENDANT TARGET CORPORATION'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1    comparative negligence and fault found to exist as to plaintiff, but also as to the total of that

2    degree of negligence or fault found to exist as to said other persons or entities.  This affirmative

3    defense is interposed to the Complaint in its entirety and separately as to each individual cause of

4    action therein although not restated under separate headings as to each cause of action.

5                          **SEVENTH AFFIRMATIVE DEFENSE**

6           8.     This answering defendant denies that a dangerous condition existed.  However, if it

7    is determined that a dangerous condition in fact did exist, such condition was open and obvious.

8    This affirmative defense is interposed to the Complaint in its entirety and separately as to each

9    individual cause of action therein although not restated under separate headings as to each cause of

10   action.

11                          **EIGHT AFFIRMATIVE DEFENSE**

12          9.     This answering defendant denies that a dangerous condition existed.  However, if it

13   is determined that a dangerous condition in fact did exist, such condition was trivial.  This

14   affirmative defense is interposed to the Complaint in its entirety and separately as to each

15   individual cause of action therein although not restated under separate headings as to each cause of

16   action.

17                          **NINTH AFFIRMATIVE DEFENSE**

18          10.    Defendant alleges that other persons, either known and/or unknown to this

19   answering defendant, are in whole or in part liable to plaintiff and/or proximately or legally caused

20   plaintiff's alleged injuries.  Pursuant to Civil Code Section 1431.2, plaintiff must look to these

21   other persons for recompense for plaintiff's alleged damages.  This affirmative defense is

22   interposed to the Complaint in its entirety and separately as to each individual cause of action

23   therein although not restated under separate headings as to each cause of action.

24                          **TENTH AFFIRMATIVE DEFENSE**

25          11.    Defendant alleges that plaintiff engaged in conduct and activities with respect to the

26   subject of this Complaint, by reason of said activities and conduct, plaintiff is estopped from

27   asserting any claims for damages or seeking any other relief against this answering defendant.

28   This affirmative defense is interposed to the Complaint in its entirety and separately as to each

**DEFENDANT TARGET CORPORATION'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
_Attorneys at Law_

1   individual cause of action therein although not restated under separate headings as to each cause of

2   action.

3                               **ELEVENTH AFFIRMATIVE DEFENSE**

4           12.     Defendant alleges that plaintiff engaged in conduct and activities sufficient to

5   constitute a waiver of any alleged breach of duty, negligence, act, omission, or any other conduct,

6   if any, as set forth in the Complaint.  This affirmative defense is interposed to the Complaint in its

7   entirety and separately as to each individual cause of action therein although not restated under

8   separate headings as to each cause of action.

9                               **TWELFTH AFFIRMATIVE DEFENSE**

10          13.     Defendant alleges that the injuries and damages of which plaintiff complains were

11  proximately caused by or contributed to by the acts of other defendants, cross-defendants, persons

12  and/or other entities, and that said acts were an intervening and superseding cause of the injuries

13  and damages, if any, of which the plaintiff complains, thus barring plaintiff from any recovery

14  against this answering defendant.  This affirmative defense is interposed to the Complaint in its

15  entirety and separately as to each individual cause of action therein although not restated under

16  separate headings as to each cause of action.

17                              **THIRTEENTH AFFIRMATIVE DEFENSE**

18          14.     That the Complaint was brought without reasonable cause and without a good faith

19  belief that there was a justifiable controversy under the facts of the law which warranted the filing

20  of the Complaint against this responding defendant.  Plaintiff should therefore be responsible for

21  all defendant's necessary and reasonable defense costs, as more particularly set forth in California

22  Code of Civil Procedure Section 1038.  This affirmative defense is interposed to the Complaint in

23  its entirety and separately as to each individual cause of action therein although not restated under

24  separate headings as to each cause of action.

25                              **FOURTEENTH AFFIRMATIVE DEFENSE**

26          15.     Plaintiff's Complaint and each and every cause of action therein contained are

27  barred by any and all applicable statutes of limitations, including, but not limited to Code of Civil

28  Procedure Sections 335.1 and 342.  This affirmative defense is interposed to the Complaint in its

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1  entirety and separately as to each individual cause of action therein although not restated under

2  separate headings as to each cause of action.

3  <center>**FIFTEENTH AFFIRMATIVE DEFENSE**</center>

4  16.     Plaintiff's Complaint and each and every cause of action therein contained are

5  barred by the doctrine of laches.  This affirmative defense is interposed to the Complaint in its

6  entirety and separately as to each individual cause of action therein although not restated under

7  separate headings as to each cause of action.

8  <center>**SIXTEENTH AFFIRMATIVE DEFENSE**</center>

9  17.     This answering defendant denies that a dangerous condition existed.  However, if it

10  is determined that a dangerous condition in fact did exist, such condition did not exist for a

11  sufficiently reasonable amount of time as to give actual or constructive notice of the condition.

12  This affirmative defense is interposed to the Complaint in its entirety and separately as to each

13  individual cause of action therein although not restated under separate headings as to each cause of

14  action.

15  <center>**SEVENTEENTH AFFIRMATIVE DEFENSE**</center>

16  18.     This defendant presently has insufficient knowledge or information on which to

17  form a belief as to whether it may have additional, as yet unstated affirmative defenses available.

18  Defendant herein reserves the right to assert additional defenses in the event that the discovery

19  indicates that they would be appropriate.  This affirmative defense is interposed to the Complaint

20  in its entirety and separately as to each individual cause of action therein although not restated

21  under separate headings as to each cause of action.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

**DEFENDANT TARGET CORPORATION'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1    WHEREFORE, defendant TARGET CORPORATION, prays as follows:

2         1.    For dismissal of the Complaint with prejudice;

3         2.    For judgment in favor of this answering defendant and against plaintiff;

4         3.    For costs of suit;

5         4.    For such further relief as the court may deem just and proper.

6

7    DATED:  October 25, 2021            **MANNING & KASS**
                                          **ELLROD, RAMIREZ, TRESTER LLP**
8

9

10                                        By: _____
                                          Eugene J. Egan
11                                        Linwood Warren, Jr.
                                          Attorneys for Defendants, TARGET
12                                        CORPORATION and SANDRA TENORIO

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **DEMAND FOR JURY TRIAL**

2

Defendant TARGET CORPORATION hereby demands trial by jury.

3

4

DATED:  October 25, 2021                **MANNING & KASS**
                                        **ELLROD, RAMIREZ, TRESTER LLP**

5

6

7

By:  _____

8

Eugene J. Egan
Linwood Warren, Jr.

9

Attorneys for Defendants, TARGET
CORPORATION and SANDRA TENORIO

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1    **PROOF OF SERVICE**

2    **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3          At the time of service, I was over 18 years of age and not a party to this action.  I am
employed in the County of Los Angeles, State of California.  My business address is 801 S.
4    Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

5          On October 25, 2021, I served true copies of the following document(s) described as
**DEFENDANT TARGET CORPORATION'S ANSWER TO COMPLAINT; DEMAND**
6    **FOR JURY TRIAL** on the interested parties in this action as follows:

7    Hussein H. Saleh, Esq.                    *Attorney for Plaintiff*
Law Offices of Hussein Saleh              *VALERIE VALENZUELA*
8    8301 Florence Ave., Suite 303
Downey, CA 90240
9    P: 562.287.5201
F: 562.287.5209
10   Email:  hussein@husseinsalelaw.com

11

12         **ONLY BY ELECTRONIC TRANSMISSION:**  Only by emailing the document(s) to the
persons at the e-mail address(es).  This is necessitated during the declared National Emergency
13   due to the Coronavirus (COVID-19) pandemic because this office will be working remotely, not
able to send physical mail as usual, and is therefore using only electronic mail.  No electronic
14   message or other indication that the transmission was unsuccessful was received within a
reasonable time after the transmission. We will provide a physical copy, upon request only, when
15   we return to the office at the conclusion of the National Emergency.

16         I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

17         Executed on October 25, 2021, at Los Angeles, California.

18

19

20   _____
Rhea Mercado

21

22

23

24

25

26

27

28

Electronically FILED by Superior Court of California, County of Los Angeles on 10/25/2021 05:18 PM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Yanez,Deputy Clerk

1   Eugene J. Egan (State Bar No. 130108)
      *eje@manningllp.com*
2   Linwood Warren, Jr. (State Bar No. 140228)
      *lwj@manningllp.com*
3   **MANNING & KASS**
    **ELLROD, RAMIREZ, TRESTER LLP**
4   801 S. Figueroa St, 15th Floor
    Los Angeles, California 90017-3012
5   Telephone: (213) 624-6900
    Facsimile: (213) 624-6999

6

7   Attorneys for Defendants, TARGET CORPORATION and SANDRA TENORIO

8   **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9   **COUNTY OF LOS ANGELES, SPRING STREET COURTHOUSE**

10

11   VALERIA VALENZUELA,                         **Case No. 20STCV20711**

12                    Plaintiff,                 [Hon. Michael E. Whitaker, Dept. 32]

13          v.

14   TARGET CORPORATION, SANDRA                  **DEFENDANT TARGET**
     TENORIO, and DOES 1 to 50,                  **CORPORATION'S NOTICE OF**
15                                               **POSTING JURY FEES**
                     Defendants.
16                                               *Complaint Filed: 06/02/2020*
                                                 *FSC              11/16/2021*
17                                               *Trial            11/30/2021*

18

19   **TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

20          PLEASE TAKE NOTICE that Defendant TARGET CORPORATION, hereby posts jury

21   fees in the above-entitled matter.

22

23   DATED:  October 25, 2021          **MANNING & KASS**
                                       **ELLROD, RAMIREZ, TRESTER LLP**
24

25

26                                     By: _____
                                           Linwood Warren, Jr.
27                                         Attorneys for Defendants, TARGET
                                           CORPORATION and SANDRA TENORIO
28

4874-2706-9952.1                                              Exhibit C, Page 000035
       **DEFENDANT TARGET CORPORATION'S NOTICE OF POSTING JURY FEES**

1
<u>**PROOF OF SERVICE**</u>

2
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3
At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

4

5
On October 25, 2021, I served true copies of the following document(s) described as **DEFENDANT TARGET CORPORATION'S NOTICE OF POSTING JURY FEES** on the interested parties in this action as follows:

6

7
Hussein H. Saleh, Esq.                        *Attorney for Plaintiff*
Law Offices of Hussein Saleh           *VALERIE VALENZUELA*

8
8301 Florence Ave., Suite 303
Downey, CA 90240

9
P: 562.287.5201
F: 562.287.5209

10
Email:  hussein@husseinsalehlaw.com

11

12
**ONLY BY ELECTRONIC TRANSMISSION:**  Only by emailing the document(s) to the persons at the e-mail address(es).  This is necessitated during the declared National Emergency due to the Coronavirus (COVID-19) pandemic because this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail.  No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy, upon request only, when we return to the office at the conclusion of the National Emergency.

13

14

15
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

16

17
Executed on October 25, 2021, at Los Angeles, California.

18

19

20
Rhea Mercado

21

22

23

24

25

26

27

28

# EXHIBIT D

HUSSEIN H. SALEH, ESQ.   [SBN 275050]
*Hussein@husseinsalehlaw.com*
**LAW OFFICE OF HUSSEIN SALEH**
8301 Florence Ave. Suite 303
Downey, CA 90240
Telephone: (562) 287-5201
Facsimile: (562) 287-5209

Attorney for Plaintiff, Valeria Valenzuela

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| VALERIA VALENZUELA<br><br>                    Plaintiff,<br><br>          v.<br><br>TARGET CORPORATION, SANDRA TENORIO, and DOES 1-50, inclusive<br>                    Defendants. | CASE NO.: 20STCV20711<br><br>**PLAINTIFF VALERIA VALENZUELA'S RESPONSES TO FORM INTERROGATORIES, SET ONE**<br><br>Case Filed: June 6, 2020<br>Trial Date: January 2, 2023 |

PROPOUNDING PARTY:     Defendant, TARGET CORPORATION

RESPONDING PARTY:       Plaintiff, VALERIA VALENZUELA

SET NUMBER:                    ONE

          TO ALL INTERESTED PARTIES AND THEIR ATTORNEY OF RECORD HEREIN:

COMES NOW Plaintiff, VALERIA VALENZUELA hereby responds to Defendant's Form

Interrogatories Set No. 1 as follows:

**FORM INTERROGATORY NO. 1.1**

          State the name, ADDRESS, telephone number, and relationship to you of each PERSON

who prepared or assisted in the preparation of the responses to these interrogatories.

**RESPONSE TO FORM INTERROGATORY 1.1:**

          Hussein Saleh 8301 Florence Ave. Suite 303, Downey, CA 90240. (562) 287-5201.

Exhibit D, Page 000038

**LAW OFFICE OF HUSSEIN SALEH**
8301 FLORENCE AVE SUITE 303, DOWNEY, CA 90240
Telephone: (562) 287-5201; Facsimile: (562) 287-5209

LAW OFFICE OF HUSSEIN SALEH
8301 FLORENCE AVE SUITE 303, DOWNEY, CA 90240
Telephone: (562) 287-5201; Facsimile: (562) 287-5209

**FORM INTERROGATORY NO. 2.1**

State:

(a) your name;

(b) every name you have used in the past; and

(c) the dates you used each name

**RESPONSE TO FORM INTERROGATORY 2.1:**

(a) Valeria Valenzuela

(b) –(c) Valeria K. Leyva (From birth till 1998)

Valeria K. Valenzuela (From 1998-Present)

**FORM INTERROGATORY NO. 2.2**

State the date and place of your birth.

**RESPONSE TO FORM INTERROGATORY 2.2:**

September 26, 1972. Mexico.

**FORM INTERROGATORY NO. 2.3**

At the time of the INCIDENT, did you have a driver's license? If so, state:

(a) the state or other issuing entity;

(b) the license number and type;

(c) the date of issuance; and

(d) all restrictions.

**RESPONSE TO FORM INTERROGATORY 2.3:**

No

**FORM INTERROGATORY NO. 2.4**

At the time of the INCIDENT, did you have any other permit or license for the operation of a motor vehicle? If so, state:

PLAINTIFF'S RESPONSES TO FORM INTERROGATORIES, SET ONE

Exhibit A Page 000039

(a) the state or other issuing entity;

(b) the license number and type;

(c) the date of issuance; and

(d) all restrictions.

**RESPONSE TO FORM INTERROGATORY 2.4:**

No.

**FORM INTERROGATORY NO. 2.5**

State:

(a) your present residence ADDRESS;

(b) your residence ADDRESSES for the past five years; and

(c) the dates you lived at each ADDRESS.

**RESPONSE TO FORM INTERROGATORY 2.5:**

(a)  10327 Downey Ave. Apt. 206, Downey, CA 90241

(b) –(c) 9330 Telegraph Road Apt. 101, Downey, CA 90240 (Lived over 25 years)

   10327 Downey Ave. Apt. 206, Downey, CA 90241 (From December 4, 2019 to

Present)

**FORM INTERROGATORY NO. 2.6**

(a) the name, ADDRESS, and telephone number of your present employer or place of self-employment; and

(b) the name, ADDRESS, dates of employment, job title, and nature of work for each employer or self-employment you have had from five years before the INCIDENT until today.

**RESPONSE TO FORM INTERROGATORY 2.6:**

(a)  Plaintiff is presently unemployed

LAW OFFICE OF HUSSEIN SALEH
8301 FLORENCE AVE SUITE 303, DOWNEY, CA 90240
Telephone: (562) 287-5201; Facsimile: (562) 287-5209

(b) American Realty Group, 2912 Daimler Street, Santa Ana, CA 92705. Plaintiff served as a property manager for over 5 years. She last stopped working there on December 4, 2019.

## FORM INTERROGATORY NO. 2.7

State:

(a) the name and ADDRESS of each school or other

academic or vocational institution you have attended, beginning with high school;

(b) the dates you attended;

(c) the highest-grade level you have completed; and

(d) the degrees received.

## RESPONSE TO FORM INTERROGATORY 2.7:

(a)-(d) Plaintiff graduated high School in Mexico in 1990

(a) International College in Hollywood, CA

(b) 1998

(c) 1 year

(d) Certificate of graduation

## FORM INTERROGATORY NO. 2.8

Have you ever been convicted of a felony? If so, for each conviction state:

(a) the city and state where you were convicted;

(b) the date of conviction;

(c) the offense; and

(d) the court and case number.

## RESPONSE TO FORM INTERROGATORY 2.8:

No.

//

LAW OFFICE OF HUSSEIN SALEH
8301 FLORENCE AVE SUITE 303, DOWNEY, CA 90240
Telephone: (562) 287-5201; Facsimile: (562) 287-5209

LAW OFFICE OF HUSSEIN SALEH
8301 FLORENCE AVE SUITE 303, DOWNEY, CA 90240
Telephone: (562) 287-5201; Facsimile: (562) 287-5209

**FORM INTERROGATORY NO. 2.9**

Can you speak English with ease? If not, what language and dialect do you normally use?

**RESPONSE TO FORM INTERROGATORY 2.9:**

No, Spanish.

**FORM INTERROGATORY NO. 2.10**

Can you read and write English with ease? If not, what language and dialect do you normally use?

**RESPONSE TO FORM INTERROGATORY 2.10:**

No, Spanish.

**FORM INTERROGATORY NO. 2.11**

At the time of the INCIDENT were you acting as an agent or employee for any PERSON? If so, state:

(a) the name, ADDRESS, and telephone number of that PERSON: and

(b) a description of your duties.

**RESPONSE TO FORM INTERROGATORY 2.11:**

No.

**FORM INTERROGATORY NO. 2.12**

At the time of the INCIDENT did you or any other person have any physical, emotional, or mental disability or condition that may have contributed to the occurrence of the INCIDENT? If so, for each person state:

(a) the name, ADDRESS, and telephone number;

(b) the nature of the disability or condition; and

(c) the manner in which the disability or condition contributed to the occurrence of the INCIDENT.

PLAINTIFF'S RESPONSES TO FORM INTERROGATORIES, SET ONE

Exhibit D, Page 000042

LAW OFFICE OF HUSSEIN SALEH
8301 FLORENCE AVE SUITE 303, DOWNEY, CA 90240
Telephone: (562) 287-5201; Facsimile: (562) 287-5209

**RESPONSE TO FORM INTERROGATORY 2.12:**

No.

**FORM INTERROGATORY NO. 2.13**

Within 24 hours before the INCIDENT did you or any person involved in the INCIDENT use or take any of the following substances: alcoholic beverage, marijuana, or other drug or medication of any kind (prescription or not)? If so, for each person state:

(a) the name, ADDRESS, and telephone number;

(b) the nature or description of each substance;

(c) the quantity of each substance used or taken;

(d) the date and time of day when each substance was used or taken;

(e) the ADDRESS where each substance was used or taken;

(f) the name, ADDRESS, and telephone number of each person who was present when each substance was used or taken; and

(g) the name, ADDRESS, and telephone number of any HEALTH CARE PROVIDER who prescribed or furnished the substance and the condition for which it was prescribed or furnished.

**RESPONSE TO FORM INTERROGATORY 2.13:**

No for Plaintiff. Unknown for others.

**FORM INTERROGATORY NO. 4.1**

At the time of the **INCIDENT**, was there in effect any policy of insurance through which you were or might be insured in any manner (for example, primary, pro-rata, or excess liability coverage or medical expense coverage) for the damages, claims, or actions that have arisen out of the **INCIDENT**? If so, for each policy state:

(a) the kind of coverage;

(b) the name and **ADDRESS** of the insurance company;

Exhibit A, Page 000043

LAW OFFICE OF HUSSEIN SALEH
8301 FLORENCE AVE SUITE 303, DOWNEY, CA 90240
Telephone: (562) 287-5201; Facsimile: (562) 287-5209

(c)  the name, **ADDRESS**, and telephone number of each named insured;

(d)  the policy number;

(e)  the limits of coverage for each type of coverage contained in the policy;

(f)  whether any reservation of rights or controversy or coverage dispute exists between you and the insurance company; and

(g)  the name, **ADDRESS**, and telephone number of the custodian of the policy.

## RESPONSE TO FORM INTERROGATORY 4.1:

Yes.

(a)  Health insurance

(b)  Kaiser Permanente

(c)  Valeria Valenzuela

(d)  0014635431

(e)  Plaintiff is unaware of any limits

(f)  None.

(g)  Same as policy holder.

## FORM INTERROGATORY NO. 4.2:

Are you self-insured under any statue for the damages, claims, or actions that have arisen out of the INCIDENT? If so, specify the statue.

## RESPONSE TO FORM INTERROGATORY NO. 4.2:

No.

## FORM INTERROGATORY NO. 6.1:

Do you attribute any physical, mental, or emotional injuries to the INCIDENT? *(if your answer is "no," do not answer interrogatories 6.2 through 6.7).*

//

PLAINTIFF'S RESPONSES TO FORM INTERROGATORIES, SET ONE

Exhibit 1, Page 000044

LAW OFFICE OF HUSSEIN SALEH
8301 FLORENCE AVE SUITE 303, DOWNEY, CA 90240
Telephone: (562) 287-5201; Facsimile: (562) 287-5209

**RESPONSE TO FORM INTERROGATORY 6.1;**

Yes.

**FORM INTERROGATORY NO. 6.2:**

Identify each injury you attribute to the INCIDENT and the area of your body affected.

**RESPONSE TO FORM INTERROGATORY 6.2:**

Plaintiff experienced injuries to her neck, mid and low back, left hip, left knee and feet.

Discovery is ongoing, and plaintiff's medical treatment is ongoing.  Plaintiff reserves the right to supplement this response.

**FORM INTERROGATORY NO. 6.3:**

Do you still have any complaints that you attribute to the INCIDENT? If so, for each complaint state:

(a) a description;

(b) whether the complaint is subsiding, remaining the same, or becoming worse; and

(c) the frequency and duration.

**RESPONSE TO FORM INTERROGATORY 6.3:**

Yes.

**Left knee**

(a)  Plaintiff has pain

(b)  Remaining the same

(c)  Depends on activity

**Left hip**

(a)  Plaintiff has pain

(b)  Remaining the same

(c)  Depends on activity

PLAINTIFF'S RESPONSES TO FORM INTERROGATORIES, SET ONE

Exhibit A Page 000045

**Feet**

(a) Plaintiff has pain

(b) Remaining the same

(c) Depends on activity

**Back**

(a) Plaintiff has pain

(b) Remaining the same

(c) Depends on activity

Discovery is continuing. Plaintiff reserves the right to supplement this response.

## FORM INTERROGATORY NO. 6.4:

Did you receive any consultation or examination (except from expert witnesses covered by Code of Civil Procedure sections 2034.210-2034.310) or treatment from a HEALTH CARE PROVIDER for any injury you attribute to the INCIDENT? If so, for each HEALTH CARE PROVIDER state:

(a) the name, ADDRESS, and telephone number;

(b) the type of consultation, examination, or treatment provided;

(c) the dates you received consultation, examination, or treatment; and

(d) the charges to date.

## RESPONSE TO FORM INTERROGATORY 6.4:

Yes.

(a) **Kaiser Permanente**: 9333 Imperial Hwy, Downey, CA 90242

(b) **Type of Treatment**: Consultation and Assessment

(c) **Date of Treatment**: June 13, 2018

(d) **Charges to Date:** Unknown

LAW OFFICE OF HUSSEIN SALEH
8301 FLORENCE AVE SUITE 303, DOWNEY, CA 90240
Telephone: (562) 287-5201; Facsimile: (562) 287-5209

LAW OFFICE OF HUSSEIN SALEH
8301 FLORENCE AVE SUITE 303, DOWNEY, CA 90240
Telephone: (562) 287-5201; Facsimile: (562) 287-5209

1    -

2    (a) **Joel Gutierrez Chiropractic**: 8445 S. Rosemead Blvd. Pico Rivera, CA 90660

3    (562) 861-1600.

4    (b) **Type of Treatment**: Chiropractic treatment

5    (c) **Date of Treatment**: 6/14/2018-11/26/2018

6    (d) **Charges to Date**: $4,452.00

7

8

9    (a) **Jax Orthopedics**: 1200 Rosecrans Ave. Suite 110, Manhattan Beach, CA 90266

10   (424) 220-4400

11   (b) **Type of Treatment**: Orthopedic evaluation

12   (c) **Date of Treatment**: August 27, 2018

13   (d) **Charges to Date**: $1,156.257

14

15

16   (a) **Dr. Clifford Tao**: PO Box 53093, Irvine, CA 92619.

17   (b) **Type of Treatment**: X-Rays

18   (c) **Date of Treatment**: August 23, 2018

19   (d) **Charges to Date**: $150.00

20

21

22   (a) **United Medical Imaging**: 11411 Brookshire Ave. #101, Downey, CA 90241

23   (562) 869-9192.

24   (b) **Type of Treatment**: Radiographic Studies

25   (c) **Date of Treatment**: October 26, 2018

26   (d) **Charges to Date**: $5,270.00

27

28

PLAINTIFF'S RESPONSES TO FORM INTERROGATORIES, SET ONE
Exhibit 1 Page 000047

(a) **Downey MRI**: 8515 East Florence Ave. Suite 100, Downey, CA 90240

(562) 904-1340.

(b) **Type of Treatment**: Radiographic Studies

(c) **Date of Treatment**: July 26, 2018

(d) **Charges to Date**: $6,610.00


(a) **Max MRI Imaging**: 17530 Ventura Blvd. Suite 105, Encino, CA 91316

(818) 382-2220

(b) **Type of Treatment**: Radiographic Studies

(c) **Date of Treatment**: May 10, 2019 and May 23, 2020

(d) **Charges to Date**: $3,500.00


(a) **Abraham Ishaaya:** 5901 W. Olympic Blvd. Suite 200, Los Angeles, CA 90036

   (323)954-1788

(b) **Type of Treatment**: Medical Clearance

(c) **Date of Treatment**: November 5, 2019

(d) **Charges to Date**: $2,170.00


(a) **Rajan Patel, M.D.**: 6330 San Vicente Blvd #310, Los Angeles, CA 90048

(310) 855-0751

(b) **Type of Treatment**: Orthopedic treatment

(c) **Date of Treatment**: December 7, 2017, September 4, 2019, November 8, 2019,

November 12, 2019, December 13, 2019, December 20, 2019, March 10, 2020, May 28,

2020

LAW OFFICE OF HUSSEIN SALEH
8301 FLORENCE AVE SUITE 303, DOWNEY, CA 90240
Telephone: (562) 287-5201; Facsimile: (562) 287-5209

Exhibit 1, Page 000048

(d) **Charges to Date**: $55,879.00

(a)  **Olympia Medical Center:** 5900 West Olympic Blvd. Los Angeles, CA 90036.

 (b) **Type of Treatment**: Surgery Center

 (c)  **Date of Treatment**: November 8, 2019 & December 13, 2019

(d) **Charges to Date**: $125,429.36

(a)  **Point Anesthesia Services:** 5 Holland 101, Irvine, CA 92618

 (b) **Type of Treatment**: Anesthesia

 (c)  **Date of Treatment**: November 8, 2019 & December 13, 2019

(d) **Charges to Date**: $8,600.00

(a)  **WestStar Physical Therapy:** 7807 Telegraph R. Suite B, Montebello, CA 90640.

 (b) **Type of Treatment**: Physical Therapy

 (c)  **Date of Treatment**: December 30, 2019-February 7, 2020

(d) **Charges to Date**: $3,752.00

Discovery is continuing. Plaintiff reserves the right to supplement this response.

**FORM INTERROGATORY NO. 6.5:**

Have you taken any medication, prescribed or not, as a result of injuries that you attribute to the INCIDENT? If so, for each medication state:

(a) the name;

(b) the PERSON who prescribed or furnished it;

(c) the date it was prescribed or furnished;

(d) the dates you began and stopped taking it; and

LAW OFFICE OF HUSSEIN SALEH
8301 FLORENCE AVE SUITE 303, DOWNEY, CA 90240
Telephone: (562) 287-5201; Facsimile: (562) 287-5209

12

LAW OFFICE OF HUSSEIN SALEH
8301 FLORENCE AVE SUITE 303, DOWNEY, CA 90240
Telephone: (562) 287-5201; Facsimile: (562) 287-5209

(e) the cost to date.

**RESPONSE TO FORM INTERROGATOY 6.5:**

(a)  Ibuprofen 800

(b)  Plaintiff cannot recall who prescribed the medication

(c)  Plaintiff cannot recall when it was prescribed.

(d)  Plaintiff cannot recall when she began taking the medication. Plaintiff takes the

medication to this date.

(e)  Plaintiff does not know the cost to date.

Information responsive to this interrogatory can be found in reports from medical providers

that are being concurrently provided in Plaintiff's Response to Demand for Inspection and

Production of Documents.

**FORM INTERROGATORY NO. 6.6:**

Are there any other medical services necessitated by the injuries that you attribute to the

INCIDENT that were not previously listed (for example, ambulance, nursing, prosthetics)? If so, for

each service state:

(a) the nature;

(b) the date;

(c) the cost; and

(d) the name, ADDRESS, and telephone number of each provider.

**RESPONSE TO FORM INTERROGATORY 6.6:**

No.

**FORM INTERROGATORY NO. 6.7:**

Has any HEALTH CARE PROVIDER advised that you may require future or additional

treatment for any injuries that you attribute to the INCIDENT? If so, for each injury state:

(a) the name and ADDRESS of each HEALTH CARE PROVIDER;

(b) the complaints for which the treatment was advised; and

(c) the nature, duration, and estimated cost of the treatment.

**RESPONSE TO FORM INTERROGATORY 6.7:**

(a)  Rajan Patel, M.D. 6330 San Vicente Blvd #310, Los Angeles, CA 90048

 (310) 855-0751

(b) Lumbar Radiculopathy left leg

(c) Referral for pain management for possible selective nerve injection.

**FORM INTERROGATORY NO. 7.1:**

Do you attribute any loss of or damage to a vehicle or other property to the INCIDENT? If so, for each item of property:

(a) describe the property;

(b) describe the nature and location of the damage to the property;

(c) state the amount of damage you are claiming for each item of property and how the amount was calculated; and

(d) if the property was sold, state the name, ADDRESS, and telephone number of the seller, the date of sale, and the sale price.

**RESPONSE TO FORM INTERROGATORY 7.1:**

No.

**FORM INTERROGATORY NO. 7.2:**

Has a written estimate or evaluation been made for any item of property referred to in your answer to the preceding interrogatory? If so, for each estimate or evaluation state:

(a) the name, ADDRESS, and telephone number of the PERSON who prepared it  and the date prepared;

LAW OFFICE OF HUSSEIN SALEH
8301 FLORENCE AVE SUITE 303, DOWNEY, CA 90240
Telephone: (562) 287-5201; Facsimile: (562) 287-5209

LAW OFFICE OF HUSSEIN SALEH
8301 FLORENCE AVE SUITE 303, DOWNEY, CA 90240
Telephone: (562) 287-5201; Facsimile: (562) 287-5209

(b) the name, ADDRESS, and telephone number of each PERSON who has a copy of it; and

(c) the amount of damage stated.

**RESPONSE TO FORM INTERROGATORY NO. 7.2:**

N/A

**FORM INTERROGATORY NO. 7.3:**

Has any item of property referred to in your answer to interrogatory 7.1 been repaired? If so, for each item state:

(a) the date repaired;

(b) a description of the repair;

(c) the repair cost;

(d) the name, ADDRESS, and telephone number of the PERSON who repaired it,

(e) the name, ADDRESS, and telephone number of the PERSON who paid for the repair.

**RESPONSE TO FORM INTERROGATORY NO. 7.3:**

N/A

**FORM INTERROGATORY NO. 8.1:**

Do you attribute any loss of income or earning capacity to the INCIDENT? *(If your answer is "no," do not answer interrogatories 8.2 through 8.8).*

**RESPONSE TO FORM INTERROGATORY 8.1:**

No.

**FORM INTERROGATORY NO. 9.1:**

Are there any other damages that you attribute to the INCIDENT? If so, for each   item of damage state:

(a) the nature;

LAW OFFICE OF HUSSEIN SALEH
8301 FLORENCE AVE SUITE 303, DOWNEY, CA 90240
Telephone: (562) 287-5201; Facsimile: (562) 287-5209

1   (b) the date it occurred;

2   (c) the amount; and

3   (d) the name, ADDRESS, and telephone number of each PERSON to whom an obligation

4   was incurred.

5   **RESPONSE TO FORM INTERROGATORY 9.1:**

6   No.

7

8   **FORM INTERROGATORY NO. 9.2:**

9   Do any DOCUMENTS support the existence or amount of any item of damages claimed in

10   interrogatory 9.1? If so, describe each document and state the name, ADDRESS, and telephone

11   number of the PERSON who has each DOCUMENT.

12   **RESPONSE TO FORM INTERROGATORY 9.2:**

13   Not applicable.

14

15   **FORM INTERROGATORY NO. 10.1:**

16   At any time before the INCIDENT did you have complaints or injuries that involved the

17   same part of your body claimed to have been injured in the INCIDENT? If so, for

18   each state:

19   (a) a description of the complaint or injury;

20   (b) the dates it began and ended; and

21   (c) the name, ADDRESS, and telephone number of each HEALTH CARE PROVIDER

22

23   whom you consulted or who examined or treated you

24   **RESPONSE TO FORM INTERROGATORY 10.1:**

25   Plaintiff cannot recall.

26   //

27   //

28

Exhibit D, Page 000053

LAW OFFICE OF HUSSEIN SALEH
8301 FLORENCE AVE SUITE 303, DOWNEY, CA 90240
Telephone: (562) 287-5201; Facsimile: (562) 287-5209

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FORM INTERROGATORY NO. 10.2:**

List all physical, mental, and emotional disabilities you had immediately before the

INCIDENT. (You may omit mental or emotional disabilities unless you attribute any

mental or emotional injury to the INCIDENT).

**RESPONSE TO FORM INTERROGATORY 10.2:**

None.

**FORM INTERROGATORY NO. 10.3:**

At any time after the INCIDENT, did you sustain injuries of the kind for which you are now

claiming damages? If so, for each incident giving rise to an injury

state:

(a) the date and the place it occurred;

(b) the name, ADDRESS, and telephone number of any other PERSON involved;

(c) the nature of any injuries you sustained;

(d) the name, ADDRESS, and telephone number of each HEALTH CARE PROVIDER who

you consulted or who examined or treated you; and

(e) the nature of the treatment and its duration.

**RESPONSE TO FORM INTERROGATORY 10.3:**

No.

**FORM INTERROGATORY NO. 11.1:**

Except for this action, in the past 10 years have you filed an action or made a written claim or

demand for compensation for your personal injuries? If so, for each

action, claim, or demand state:

(a) the date, time, and place and location (closest street ADDRESS or intersection) of the

INCIDENT giving rise to the action, claim, or demand;

Exhibit D, Page 000054

LAW OFFICE OF HUSSEIN SALEH
8301 FLORENCE AVE SUITE 303, DOWNEY, CA 90240
Telephone: (562) 287-5201; Facsimile: (562) 287-5209

(b) the name, ADDRESS, and telephone number of each PERSON against whom the claim or demand was made, or the action filed;

(c) the court, names of the parties, and case number of any action filed;

(d) the name, ADDRESS, and telephone number of any attorney representing you;

(e) whether the claim or action has been resolved or is pending; and

(f) a description of the injury

**RESPONSE TO FORM INTERROGATORY 11.1:**

No.

**FORM INTERROGATORY NO. 11.2:**

In the past 10 years have you made a written claim or demand for workers' compensation benefits? If so, for each claim or demand state:

(a) the date, time, and place of the INCIDENT giving rise to the claim;

(b) the name, ADDRESS, and telephone number of your employer at the time of the injury;

(c) the name, ADDRESS, and telephone number of the workers' compensation insurer and the claim number;

(d) the period of time during which you received workers' compensation benefits;

(e) a description of the injury;

(f) the name, ADDRESS, and telephone number of any HEALTH CARE PROVIDER who provided services; and

(g) the case number at the Workers' Compensation Appeals Board

**RESPONSE TO FORM INTERROGATORY 11.2:**

No.

**FORM INTERROGATORY NO. 12.1:**

State the name, ADDRESS, and telephone number of each individual:

18

PLAINTIFF'S RESPONSES TO FORM INTERROGATORIES, SET ONE

Exhibit 1 Page 000055

(a) who witnessed the INCIDENT or the events occurring immediately before or after the INCIDENT;

(b) who made any statement at the scene of the INCIDENT;

(c) who heard any statements made about the INCIDENT by any individual at the scene; and

(d) who YOU OR ANYONE ACTING ON YOUR BEHALF claim has knowledge of the INCIDENT (except for expert witnesses covered by Code of Civil Procedure section 2034).

**RESPONSE TO FORM INTERROGATORY 12.1:**

(a) None

(b) None

(c) Plaintiff's medical providers.

Discovery and investigation are continuing. Plaintiff reserves the right to amend this response if further information becomes available prior to trial.

**FORM INTERROGATORY NO. 12.2:**

Have YOU OR ANYONE ACTING ON YOUR BEHALF interviewed any individual concerning the INCIDENT? If so, for each individual state:

(a) the name, ADDRESS, and telephone number of the individual interviewed;

(b) the date of the interview; and

(c) the name, ADDRESS, and telephone number of the PERSON who conducted the interview.

**RESPONSE TO FORM INTERROGATORY 12.2:**

No. Discovery is continuing at this time. Plaintiff reserves the right to introduce any subsequent discovered information prior to trial.

//

//

LAW OFFICE OF HUSSEIN SALEH
8301 FLORENCE AVE SUITE 303, DOWNEY, CA 90240
Telephone: (562) 287-5201; Facsimile: (562) 287-5209

LAW OFFICE OF HUSSEIN SALEH
8301 FLORENCE AVE SUITE 303, DOWNEY, CA 90240
Telephone: (562) 287-5201; Facsimile: (562) 287-5209

**FORM INTERROGATORY NO. 12.3:**

Have YOU OR ANYONE ACTING ON YOUR BEHALF obtained a written or recorded statement from any individual concerning the INCIDENT? If so, for each statement state:

(a) the name, ADDRESS, and telephone number of the individual from whom the statement was obtained;

(b) the name, ADDRESS, and telephone number of the individual who obtained the statement;

(c) the date the statement was obtained; and

(d) the name, ADDRESS, and telephone number of each PERSON who has the original statement or a copy.

**RESPONSE TO FORM INTERROGATORY 12.3:**

None. Plaintiff reserves the right to introduce any subsequent discovered information prior to trial.

**FORM INTERROGATORY NO. 12.4:**

Do YOU OR ANYONE ACTING ON YOUR BEHALF know of any photographs, films, or videotapes depicting any place, object, or individual concerning the INCIDENT or plaintiffs injuries? If so, state:

(a) the number of photographs or feet of film or videotape;

(b) the places, objects, or persons photographed, filmed, or videotaped;

(c) the date the photographs, films, or videotapes were taken;

(d) the name, ADDRESS, and telephone number of the individual taking the photographs, films, or videotapes; and

(e) the name, ADDRESS, and telephone number of each PERSON who has the original or a

PLAINTIFF'S RESPONSES TO FORM INTERROGATORIES, SET ONE
Exhibit A Page 000057

copy of the photographs, films, or videotapes

**RESPONSE TO FORM INTERROGATORY 12.4:**

(a)  Seventeen (17) photographs.

(b)  Plaintiff's injuries and sandals she was wearing on the date of the incident.

(c)  Some were taken on or about June 13, 2018

(d)  Plaintiff

(e)  Plaintiff

Discovery is continuing at this time. Plaintiff reserves the right to introduce any subsequent

discovered information prior to trial.

**FORM INTERROGATORY NO. 12.5:**

Do YOU OR ANYONE ACTING ON YOUR BEHALF know of any diagram, reproduction,

or model of any place or thing (except for items developed by expert witnesses covered by Code of

Civil Procedure sections 2034.210- 2034.310) concerning the INCIDENT? If so, for each item state:

(a) the type (i.e., diagram, reproduction, or model);

(b) the subject matter; and

(c) the name, ADDRESS, and telephone number of each PERSON who has it.

**RESPONSE TO FORM INTERROGATORY 12.5:**

No.

**FORM INTERROGATORY NO. 12.6:**

Was a report made by any PERSON concerning the INCIDENT? If so, state:

(a) the name, title, identification number, and employer of the PERSON who made the

report;

(b) the date and type of report made;

LAW OFFICE OF HUSSEIN SALEH
8301 FLORENCE AVE SUITE 303, DOWNEY, CA 90240
Telephone: (562) 287-5201; Facsimile: (562) 287-5209

(c) the name, ADDRESS, and telephone number of the PERSON for whom the report was made; and

(d) the name, ADDRESS, and telephone number of each PERSON who has the original or a copy of the report.

**RESPONSE TO FORM INTERROGATORY 12.6:**

Defendant's employees made a report on the date of the incident.

**FORM INTERROGATORY NO. 12.7:**

Have YOU OR ANYONE ACTING ON YOUR BEHALF inspected the scene of the INCIDENT? If so, for each inspection state:

(a) the name, ADDRESS, and telephone number of the individual making the inspection (except for expert witnesses covered by Code of Civil Procedure sections 2034.210-2034.310); and

(b) the date of the inspection.

**RESPONSE TO FORM INTERROGATORY 12.7:**

No.  Discovery is continuing.  Plaintiff reserves the right to supplement this response and to introduce any subsequent discovered information prior to trial.

**FORM INTERROGATORY NO. 13.1:**

Have YOU OR ANYONE ACTING ON YOUR BEHALF conducted surveillance of any individual involved in the INCIDENT or any party to this action? If so, for each surveillance state:

(a) the name, ADDRESS, and telephone number of the individual or party;

(b) the time, date, and place of the surveillance;

(c) the name, ADDRESS, and telephone number of the individual who conducted the surveillance; and

(d) the name, ADDRESS and telephone number of each PERSON who has the original or a copy of any surveillance photograph, film, or videotape.

LAW OFFICE OF HUSSEIN SALEH
8301 FLORENCE AVE SUITE 303, DOWNEY, CA 90240
Telephone: (562) 287-5201; Facsimile: (562) 287-5209

Exhibit 1, Page 000059

LAW OFFICE OF HUSSEIN SALEH
8301 FLORENCE AVE SUITE 303, DOWNEY, CA 90240
Telephone: (562) 287-5201; Facsimile: (562) 287-5209

**RESPONSE TO FORM INTERROGATORY 13.1:**

No.

**FORM INTERROGATORY NO. 13.2:**

Has a written report been prepared on the surveillance? If so, for each written report state:

(a) the title;

(b) the date;

(c) the name, ADDRESS, and telephone number of the individual who prepared the report; and

(d) the name, ADDRESS, and telephone number of each PERSON who has the original or a copy.

**RESPONSE TO FORM INTERROGATORY 13.2:**

N/A

**FORM INTERROGATORY NO. 14.1**

Do YOU OR ANYONE ACTING ON YOUR BEHALF contend that any PERSON involved in the INCIDENT violated any statute, ordinance, or regulation and that the violation was a legal (proximate) cause of the INCIDENT? If so, identify the name, ADDRESS, and telephone number of each PERSON and the statute, ordinance, or regulation that was violated.

**RESPONSE TO FORM INTERROGATORY 14.1:**

No. Discovery and investigation are ongoing.  Plaintiff reserves the right to supplement this response and to introduce any subsequent discovered information prior to trial.

**FORM INTERROGATORY NO. 14.2:**

Was any PERSON cited or charged with a violation of any statute, ordinance, or regulation as a result of this INCIDENT? If so, for each PERSON state:

(a) the name, ADDRESS, and telephone number of the PERSON;

(b) the statute, ordinance, or regulation allegedly violated;

(c) whether the PERSON entered a plea in response to the citation or charge and, if so, the plea entered; and

(d) the name and ADDRESS of the court or administrative agency, names of the parties, and case number

**RESPONSE TO FORM INTERROGATORY 14.2:**

No.  Discovery and investigation are ongoing.  Plaintiff reserves the right to supplement this response and to introduce any subsequent discovered information prior to trial.

Dated: February 21, 2022                          **LAW OFFICE OF HUSSEIN SALEH**

                                                  *Hussein Saleh*
                                            By: _____
                                                  Hussein Saleh, Esq.
                                                  Attorney for Plaintiff

LAW OFFICE OF HUSSEIN SALEH
8301 FLORENCE AVE SUITE 303, DOWNEY, CA 90240
Telephone: (562) 287-5201; Facsimile: (562) 287-5209

1

## **PROOF OF SERVICE**

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 8301 Florence Ave. Suite 303, Downey, CA 90240.

4

5

The fax number or electronic service address from which I served the document(s) is: (562) 287-5209 or *hussein@husseinsalehlaw.com*

6

7

On February 21, 2022, I served true copies of the following document(s) described as **PLAINTIFF'S RESPONSES TO FORM INTERROGATORIES, SET ONE** on the interested parties in this action as follows:

8

### **SEE ATTACHED SERVICE LIST**

9

10

☐**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed on the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with The Dominguez Firm's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

11

12

13

☐**BY OVERNIGHT DELIVERY**: I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed on the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

14

15

☐**BY MESSENGER SERVICE**: I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed on the Service List and providing them to a professional messenger service for service.

16

17

☐**BY FACSIMILE**: Based on an agreement of the parties to accept service by fax transmission, I faxed the document(s) to the persons at the fax numbers listed on the Service List. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed, is attached.

18

19

**X BY ELECTRONIC SERVICE**: Based on a court order or an agreement of the parties to accept electronic service, I caused the document(s) to be sent to the persons at the electronic service addresses listed on the Service List.

20

21

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

22

23

Executed on February 21, 2022, at Downey, California.

24

25

26

_____

Hussein Saleh

27

28

PLAINTIFF'S RESPONSES TO FORM INTERROGATORIES, SET ONE

LAW OFFICE OF HUSSEIN SALEH
8301 FLORENCE AVE SUITE 303, DOWNEY, CA 90240
Telephone: (562) 287-5201; Facsimile: (562) 287-5209

**VERIFICATION** ( C.C.P. 446 AND 2015.5)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I have read the foregoing _Responses to Form Interrogatories Set 1_ and know its contents.

☐ **CHECK APPLICABLE PARAGRAPHS**

☒ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.

☐ I am ☐ an officer ☐ a partner _____ ☐ a _____ of
_____
a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.

☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

☐ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.

☐ I am one of the attorneys for _____ , a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on (date) _21st of February 2022_ at _Downey_ _____ , California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

VALERIA VALENZUELA
_____
Type or Print Name                                          Signature

**PROOF OF SERVICE**
CCP 1013a(3) Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of _____ , State of California. I am over the age of 18 and not a party to the within action; my business address is _____

On (date) _____ , **I served the foregoing document described as _____
on _____ in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
☐ by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

☐ **BY MAIL**
  ☐ *I deposited such envelope in the mail at _____ , California. The envelope was mailed with postage thereon fully prepaid.
  ☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid at _____ , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
Executed on (date) _____ , at _____ , California.
I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____                    _____
Type or Print Name                                          Signature

* (BY MAIL, SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX OR BAG)
**FOR PERSONAL SERVICE, SIGNATURE MUST BE THAT OF MESSENGER)

967 (R1/98)

Exhibit D, Page 000063

# EXHIBIT E

Exhibit E, Page 000064

**Alex Padilla**
**California Secretary of State**

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Thursday, May 21, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C0536463    TARGET CORPORATION

| | |
|---|---|
| **Registration Date:** | 11/24/1967 |
| **Jurisdiction:** | MINNESOTA |
| **Entity Type:** | FOREIGN STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **C T CORPORATION SYSTEM (C0168406)** |
| | To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| **Entity Address:** | 1000 NICOLLET MALL |
| | MINNEAPOLIS MN 55403 |
| **Entity Mailing Address:** | 1000 NICOLLET MALL, TPS 3155 |
| | MINNEAPOLIS MN 55403 |

A Statement of Information is due EVERY year beginning five months before and through the end of November.

| Document Type ⇅ | File Date ⬇ | PDF |
|---|---|---|
| SI-NO CHANGE | 10/22/2019 | |
| PUBLICLY TRADED DISCLOSURE | 06/21/2019 | |
| PUBLICLY TRADED DISCLOSURE | 06/28/2018 | |
| SI-COMPLETE | 10/24/2017 | |
| PUBLICLY TRADED DISCLOSURE | 06/23/2017 | |
| PUBLICLY TRADED DISCLOSURE | 06/21/2016 | |
| PUBLICLY TRADED DISCLOSURE | 06/25/2015 | |

Exhibit E, Page 000065

| Document Type ⇅ | File Date ⇅ | PDF |
|---|---|---|
| PUBLICLY TRADED DISCLOSURE | 07/18/2014 | |
| PUBLICLY TRADED DISCLOSURE | 06/27/2013 | |
| PUBLICLY TRADED DISCLOSURE | 06/20/2012 | |
| PUBLICLY TRADED DISCLOSURE | 05/31/2011 | |
| PUBLICLY TRADED DISCLOSURE | 06/01/2010 | |
| PUBLICLY TRADED DISCLOSURE | 06/09/2009 | |
| PUBLICLY TRADED DISCLOSURE | 06/19/2008 | |
| PUBLICLY TRADED DISCLOSURE | 06/22/2007 | |
| PUBLICLY TRADED DISCLOSURE | 06/07/2006 | |
| PUBLICLY TRADED DISCLOSURE | 06/23/2005 | |
| PUBLICLY TRADED DISCLOSURE | 12/03/2004 | |
| PUBLICLY TRADED DISCLOSURE | 12/22/2003 | Image unavailable. Please request paper copy. |
| PUBLICLY TRADED DISCLOSURE | 12/05/2003 | Image unavailable. Please request paper copy. |
| PUBLICLY TRADED DISCLOSURE | 11/25/2003 | Image unavailable. Please request paper copy. |
| AMENDED REGISTRATION | 02/11/2000 | |
| AMENDED REGISTRATION | 07/23/1985 | |
| AMENDED REGISTRATION | 07/22/1969 | Image unavailable. Please request paper copy. |
| REGISTRATION | 11/24/1967 | Image unavailable. Please request paper copy. |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.

Exhibit E, Page 000066

- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |

Exhibit E, Page 000067

## Business Record Details »

Minnesota Business Name
**Target Corporation**

**Business Type**
Business Corporation (Domestic)

**File Number**
11-AA

**Filing Date**
02/11/1902

**Renewal Due Date**
12/31/2020

**Number of Shares**
6,005,000,000

**Chief Executive Officer**
BRIAN C CORNELL
1000 Nicollet Mall
Mpls, MN 55403
USA

**MN Statute**
302A

**Home Jurisdiction**
Minnesota

**Status**
Active / In Good Standing

**Registered Office Address**
1010 Dale St N
St Paul, MN 55117–5603
USA

**Registered Agent(s)**
C T Corporation System

**Principal Executive Office Address**
1000 Nicollet Mall
Mpls, MN 55403
USA

Filing History

# Filing History

Select the item(s) you would like to order:  [ Order Selected Copies ]

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 02/11/1902 | Original Filing - Business Corporation (Domestic) | |
| | 02/11/1902 | Business Corporation (Domestic) Business Name (Business Name: Goodfellow Dry Goods Co.) | |
| ☐ | 05/25/1903 | Business Corporation (Domestic) Business Name (Business Name: Dayton Dry Goods Co.) | |
| ☐ | 05/17/1911 | Business Corporation (Domestic) Business Name (Business Name: The Dayton Company) | |
| ☐ | 08/04/1915 | Business Corporation (Domestic) Change of Shares | |

Exhibit E, Page 000068

Business Filing Details

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 02/04/1919 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 11/29/1922 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 07/25/1928 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 08/12/1931 | Business Corporation (Domestic) Duration | |
| ☐ | 02/16/1939 | Amendment - Business Corporation (Domestic) | |
| ☐ | 07/25/1939 | Amendment - Business Corporation (Domestic) | |
| ☐ | 03/18/1949 | Business Corporation (Domestic) Duration | |
| ☐ | 12/30/1950 | Consent to Use of Name - Business Corporation (Domestic) | |
| ☐ | 07/28/1955 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 12/31/1958 | Merger - Business Corporation (Domestic) | |
| | 12/31/1958 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 02/02/1959 | Merger - Business Corporation (Domestic) | |
| ☐ | 04/30/1963 | Amendment - Business Corporation (Domestic) | |
| ☐ | 09/02/1964 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 03/02/1966 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 12/06/1966 | Amendment - Business Corporation (Domestic) | |
| ☐ | 01/27/1967 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 05/29/1967 | Consent to Use of Name - Business Corporation (Domestic) | |
| ☐ | 07/28/1967 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 09/06/1967 | Business Corporation (Domestic) Business Name (Business Name: Dayton Corporation) | |
| | 09/06/1967 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 11/24/1967 | Merger - Business Corporation (Domestic) | |
| ☐ | 12/08/1967 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 05/07/1968 | Merger - Business Corporation (Domestic) | |
| ☐ | 02/13/1969 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 03/18/1969 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 05/22/1969 | Amendment - Business Corporation (Domestic) | |

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 06/20/1969 | Business Corporation (Domestic) Business Name (Business Name: Dayton-Hudson Corporation) | |
| ☐ | 07/23/1970 | Amendment - Business Corporation (Domestic) | |
| ☐ | 06/16/1972 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 01/04/1974 | Merger - Business Corporation (Domestic) | |
| ☐ | 04/25/1975 | Merger - Business Corporation (Domestic) | |
| ☐ | 04/25/1975 | Merger - Business Corporation (Domestic) | |
| ☐ | 01/27/1976 | Merger - Business Corporation (Domestic) | |
| ☐ | 04/27/1976 | Merger - Business Corporation (Domestic) | |
| ☐ | 02/01/1977 | Merger - Business Corporation (Domestic) | |
| ☐ | 05/24/1978 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 06/24/1982 | Business Corporation (Domestic) Active Status Report | |
| ☐ | 11/22/1982 | Merger - Business Corporation (Domestic) | |
| ☐ | 05/26/1983 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 04/19/1984 | Consent to Use of Name - Business Corporation (Domestic) | |
| ☐ | 05/31/1985 | Business Corporation (Domestic) Restated Articles | |
| | 05/31/1985 | Business Corporation (Domestic) Business Name (Business Name: Dayton Hudson Corporation) | |
| ☐ | 01/15/1986 | Merger - Business Corporation (Domestic) | |
| ☐ | 05/30/1986 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 09/23/1986 | Amendment - Business Corporation (Domestic) | |
| ☐ | 06/03/1987 | Amendment - Business Corporation (Domestic) | |
| ☐ | 05/25/1988 | Amendment - Business Corporation (Domestic) | |
| ☐ | 01/11/1990 | Business Corporation (Domestic) Other | |
| ☐ | 06/21/1996 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 09/12/1996 | Business Corporation (Domestic) Other | |
| ☐ | 09/18/1997 | Merger - Business Corporation (Domestic) | |
| ☐ | 01/28/1998 | Merger - Business Corporation (Domestic) | |
| ☐ | 04/10/1998 | Business Corporation (Domestic) Change of Shares | |

Exhibit E, Page 000070

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 09/11/1998 | Business Corporation (Domestic) Other | |
| ☐ | 01/13/2000 | Business Corporation (Domestic) Business Name (Business Name: Target Corporation) | |
| | 01/13/2000 | Merger - Business Corporation (Domestic) | |
| ☐ | 01/28/2000 | Merger - Business Corporation (Domestic) | |
| ☐ | 01/28/2000 | Merger - Business Corporation (Domestic) | |
| ☐ | 01/28/2000 | Consent to Use of Name - Business Corporation (Domestic) | |
| ☐ | 06/16/2000 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 11/17/2000 | Merger - Business Corporation (Domestic) | |
| ☐ | 09/18/2001 | Business Corporation (Domestic) Other | |
| ☐ | 02/21/2002 | Business Corporation (Domestic) Restated Articles | |
| | 02/21/2002 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 12/23/2002 | Merger - Business Corporation (Domestic) | |
| ☐ | 01/31/2003 | Merger - Business Corporation (Domestic) | |
| ☐ | 04/20/2005 | Merger - Business Corporation (Domestic) | |
| ☐ | 06/14/2005 | Merger - Business Corporation (Domestic) | |
| ☐ | 08/31/2005 | Merger - Business Corporation (Domestic) | |
| ☐ | 10/27/2005 | Business Corporation (Domestic) Other | |
| ☐ | 10/28/2005 | Merger - Business Corporation (Domestic) | |
| ☐ | 10/28/2005 | Merger - Business Corporation (Domestic) | |
| ☐ | 11/09/2005 | Merger - Business Corporation (Domestic) | |
| ☐ | 11/22/2005 | Merger - Business Corporation (Domestic) | |
| ☐ | 07/13/2006 | Merger - Business Corporation (Domestic) | |
| ☐ | 05/24/2007 | Amendment - Business Corporation (Domestic) | |
| ☐ | 05/24/2007 | Business Corporation (Domestic) Other | |
| ☐ | 06/17/2008 | Merger - Business Corporation (Domestic) | |
| ☐ | 01/27/2009 | Merger - Business Corporation (Domestic) | |
| ☐ | 06/10/2010 | Business Corporation (Domestic) Restated Articles | |

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 11/22/2010 | Merger - Business Corporation (Domestic) | |
| ☐ | 4/30/2015 | Merger Survivor - Business Corporation (Domestic) | 5/1/2015 12:01 AM |
| ☐ | 10/12/2015 | Merger Survivor - Business Corporation (Domestic) | 10/16/2015 12:01 AM |
| ☐ | 1/27/2016 | Merger Survivor - Business Corporation (Domestic) | 1/30/2016 11:59 PM |
| ☐ | 1/28/2016 | Merger Survivor - Business Corporation (Domestic) | 1/30/2016 11:59 PM |
| ☐ | 4/18/2016 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 9/16/2016 | Registered Office and/or Agent - Business Corporation (Domestic) | |

© 2020 Office of the Minnesota Secretary of State - Terms & Conditions                    ✉ Subscribe for email updates!

# EXHIBIT F

## Sandra Alarcon

| | |
|---|---|
| **From:** | Gabriella Pedone |
| **Sent:** | Wednesday, February 16, 2022 12:07 PM |
| **To:** | hussein@husseinsalehlaw.com |
| **Cc:** | Gene Egan; Brenda Leonardo; Lena Shtarkman; Sandra Alarcon |
| **Subject:** | Valeria Valenzuela vs. Target, et al.:1999-I59907 |

Counsel,

I hope this email finds you well.  Following up on my voice messages from last week and today. I am working with Gene Egan on the above referenced matter and would like to meet and confer regarding dismissal of the improperly named Defendant, Sandra Tenorio.  Defendant requests Plaintiff dismiss Ms. Tenorio from this action as she cannot be a proper party on the basis that she was not working at the Target located in Pico Rivera on the date of the incident, on June 12, 2018.

Please advise if you are agreeable to dismiss Ms. Tenorio.

Best,

*Gabriella A. Pedone, Esq.*
**Associate Attorney**



**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

**801 S. Figueroa St, 16th Floor**
**Los Angeles, California 90017**
**Tel: 213.624-6900 | Fax: 213.624-6999 | Extension: #2734 | Direct Line: 213.406.2534**
**Email: EJE@manningllp.com | Website: www.manningllp.com**
Los Angeles | Irvine | San Diego | San Francisco | Scottsdale| New York

Warning:  This e-mail communication contains material subject to the attorney-client and/or work product privilege and is intended only for the use of the recipients identified above.  If you are not the intended recipient of this communication, you are hereby notified that any unauthorized viewing, copying, distribution, or disclosure of this communication is strictly prohibited.  If you are not the intended recipient and have received this communication, please immediately notify us by reply e-mail.  Please also delete this communication as well as destroy all electronic and printed copies.

Exhibit F, Page 000074